# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     MAGISTRATE NO.: 13-9320

         V.        :     CRIMINAL ACTION

EUGENE TILMON     :     ORDER OF RELEASE

      The Court orders the defendant, EUGENE TILMON, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: DRUG TESTING / TRMT AS DIRECTED

_Eugene Tilmon_        11/14/13
**DEFENDANT**             **DATE**

      It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_[signature]_
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

11/14/13
**DATE**

      I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_[signature]_
**U.S. PRETRIAL SERVICES OFFICER**